**Order entered October 3, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00327-CR

**BRANDON SCOTT BURKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-62602-H**

## ORDER

The Court **REINSTATES** the appeal.

On August 26, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 26, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 26, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
        JUSTICE